**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                             §     Case No. 14-36757
                                   §
SHARON BROWN-CLARK                 §
                                   §
                                   §
                                   §
            Debtor(s)              §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 10/22/2015, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/23/2015          By: /s/ David P. Leibowitz
                                       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-36757 |
| | § | |
| SHARON BROWN-CLARK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,282.26
*and approved disbursements of* $1,201.17
*leaving a balance on hand of[1]:* $4,081.09

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,081.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,020.27 | $0.00 | $1,020.27 |
| David P. Leibowitz, Trustee Expenses | $3.44 | $0.00 | $3.44 |

Total to be paid for chapter 7 administrative expenses: $1,023.71
Remaining balance: $3,057.38

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $3,057.38

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,057.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $13,708.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry Investments, LLC | $11,734.95 | $0.00 | $2,617.15 |
| 2 | Rjm Acquisitions Llc | $66.10 | $0.00 | $14.74 |
| 3 | Jefferson Capital Systems LLC | $1,907.83 | $0.00 | $425.49 |

|  | Total to be paid to timely general unsecured claims: | $3,057.38 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

UST Form 101-7-NFR (10/1/2010)

only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
                Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-36757-JPC
Sharon Brown-Clark                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet           Page 1 of 2             Date Rcvd: Sep 25, 2015
                              Form ID: pdf006           Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2015.
```
db            +Sharon Brown-Clark,    PO Box 490240,    Chicago, IL 60649-0020
22813200      +American Family Ins,    Madison, WI 53777-0001
22541826      +American Family Insurance Group,    Madison, WI 53777-0001
22541815      +Ameritox,    PO Box 402166,    Atlanta, GA 30384-2166
22541801      +Bankunited FSB,    4350 Sheridan St,    Hollywood, FL 33021-3556
22541789      +Barclays Bank Delaware,    700 Prides Xing,    Newark, DE 19713-6102
22541802      +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
22541813      +Cardmember Service,    PO Box 15548,    Wilmington, DE 19886-5548
22541821      +Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
22541790      +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
22541794      +Chicago Finance Department,    & City Tax Office,    121 North LaSalle St #501,
                Chicago, IL 60602-1238
22502063      +City of Chicago,    Department of Revenue,    Bureau of Parking Bankruptcy,
                121 N LaSalle St Room 107A,    Chicago IL 60602-1232
22541791      +Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
22541788       Cook Law Magistrate,    Chicago 50 W Washington,    Rm 1001,    Chicago, IL 606020
22541807      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinatti, OH 45227-1115
22541808      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
22541804      +GMAC Mortgage,    3451 Hammond Ave,    PO Box 4622,    Waterloo, IA 50704-4622
22541809     ++++GREEN TREE SERVICING,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
              (address filed with court: Green Tree Servicing,     332 Minnesota St,    Ste 610,
                Saint Paul, MN 55101)
22813202      +Great Lakes Financial Services,    (UOC),    322 S Green Suite 504,    Chicago, IL 60607-3565
22541810      +HSBC Bank,    PO Box 9,    Buffalo, NY 14240-0009
22541811      +J.B. Jenkins and Associates,    1253 Paysphere Circle,    Chicago, IL 60674-0012
22541824      +Juniper Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
22541816      +M3 Financial Services, Inc.,    PO Box 7230,    Westchester, IL 60154-7230
22813203      +MB Financial Services,    P.O. Box 7230,    Westchester, IL 60154-7230
22541825      +Macy's,    PO Box 689195,    Des Moines, IA 50368-9195
22541797      +Macys,    PO Box 8218,    Mason, OH 45040-8218
22541829      +Med-Care Management, Inc,    PO Box 20564,    West Palm Beach, FL 33416-0564
22541798     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,     350 Highland Dr,    Lewisville, TX 75067)
22541823      +P.N. Financial,    PO Box 1431,    Skokie, IL 60076-8431
22541827      +Preferred Open MRI,    4200 W 63rd St,    Ste A,    Chicago, IL 60629-5010
22541820      +Preferred Open MRI,    4200 W 63rd St,    Chicago, IL 60629-5010
22823044     #+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
22541805      +SYNCB/SAMS,    PO Box 965005,    Orlando, FL 32896-5005
22541787      +Sierra Auto Finance,    PO Box 803067,    Dallas, TX 75380-3067
22813201       Spring Coperation,    P.O. Box 7949,    Overland Park, Kansas 66207-0949
22541817      +The University of Chicago,    Physicians Group,    75 Remittance Dr,    Ste 1385,
                Chicago, IL 60675-1385
22541793      +Union Plus Credit Card,    PO Box 17051,    Baltimore, MD 21297-1051
22541814      +University of Chicago Medicine,    15965 Collections Center Dr,    Chicago, IL 60693-0159

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22541800      +E-mail/Text: bankruptcy@rentacenter.com Sep 26 2015 01:23:27     Acceptance Now,
                5501 Headquarters,    Plano, TX 75024-5837
22806920      +E-mail/Text: bankruptcy@cavps.com Sep 26 2015 01:22:05     Cavalry Investments, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
22541819      +E-mail/Text: legalcollections@comed.com Sep 26 2015 01:23:02     ComEd,    PO Box 6111,
                Carol Stream, IL 60197-6111
22541792      +E-mail/Text: legalcollections@comed.com Sep 26 2015 01:23:02     ComEd,    3 Lincoln Center,
                attn: Bkcy Group Claims Department,    Oakbrook Terrace, IL 60181-4204
22502064      +E-mail/Text: legalcollections@comed.com Sep 26 2015 01:23:02     ComEd Company,
                3 Lincoln Center,    Attn: Claims Department,    Oak Brook IL 60181-4204
22502060      +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Sep 26 2015 01:22:38     Comcast,
                1 Comcast Center,    1701 John F Kennedy Blvd,    Philadelphia, PS 19103-2899
22502061      +E-mail/Text: legalcollections@comed.com Sep 26 2015 01:23:02     Comed,    10 S Dearborn St,
                Chicago, IL 60603-2300
22541803      +E-mail/Text: bankruptcy@consumerportfolio.com Sep 26 2015 01:21:58     Consumer Portfolio Serv,
                16355 Laguana Canyo,    Irvine, CA 92618-3801
22541812      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 26 2015 01:23:26
                Credit Collection Services,    Two Wells Ave,    Newton, MA 02459-3246
22840483       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 26 2015 01:22:01     Jefferson Capital Systems LLC,
                Purchased From Barclays Bank Delaware,    Po Box 7999,    Saint Cloud Mn 56302-9617,
                Orig By: Juniper Visa
22541796      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 26 2015 01:22:01     Jefferson Capital Sytstems,
                16 Moleland Rd,    Saint Cloud, MN 56303-2160
22541799      +E-mail/Text: BKInquires@sierraautofinance.com Sep 26 2015 01:23:11     Sierra Auto Finance, LLC,
                5005 LBJ Fwy,    Ste 700,    Dallas, TX 75244-6145
22541822      +E-mail/Text: chicago.bnc@ssa.gov Sep 26 2015 01:22:29     Social Security,
                9715 S Cottage Grove,    Chicago, IL 60628-1507
                                                                                              TOTAL: 13
```

```
District/off: 0752-1          User: adragonet            Page 2 of 2               Date Rcvd: Sep 25, 2015
                              Form ID: pdf006            Total Noticed: 51
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22541795          Metroplex, Inc.
22541806*        +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
22541828*        +Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
22541818*        +University of Chicago Medicine,    15965 Collections Center Drive,    Chicago, IL 60693-0159
                                                                                          TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2
```