UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 14-36757 |
|---|---|---|
| | § | |
| SHARON BROWN-CLARK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $39,900.00 |
| Total Distributions to Claimants: | $3,057.38 | Claims Discharged Without Payment: | $953,502.03 |
| Total Expenses of Administration: | $1,023.71 | | |

    3)    Total gross receipts of $5,282.26 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,201.17 (see **Exhibit 2**), yielded net receipts of $4,081.09 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,023.71 | $1,023.71 | $1,023.71 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $954,399.53 | $13,708.88 | $13,708.88 | $3,057.38 |
| **Total Disbursements** | $954,399.53 | $14,732.59 | $14,732.59 | $4,081.09 |

4). This case was originally filed under chapter 7 on 10/09/2014. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2016               By:   /s/ David P. Leibowitz
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled Tax Refund | 1224-000 | $5,282.26 |
| **TOTAL GROSS RECEIPTS** | | $5,282.26 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| SHARON BROWN-CLARK | Exemptions | 8100-002 | $1,201.17 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,201.17 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,020.27 | $1,020.27 | $1,020.27 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.44 | $3.44 | $3.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,023.71 | $1,023.71 | $1,023.71 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry Investments, LLC | 7100-900 | $9,642.00 | $11,734.95 | $11,734.95 | $2,617.15 |
| 2 | Rjm Acquisitions | 7100-000 | $0.00 | $66.10 | $66.10 | $14.74 |

**UST Form 101-7-TDR (10/1/2010)**

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | Llc |   |   |   |   |   |
| 3 | Jefferson Capital Systems LLC | 7100-900 | $1,907.00 | $1,907.83 | $1,907.83 | $425.49 |
|   | Acceptance Now | 7100-000 | $2,072.00 | $0.00 | $0.00 | $0.00 |
|   | Ameritox | 7100-000 | $970.31 | $0.00 | $0.00 | $0.00 |
|   | BankUnited FSB | 7100-000 | $204,250.00 | $0.00 | $0.00 | $0.00 |
|   | Capital One | 7100-000 | $5,765.00 | $0.00 | $0.00 | $0.00 |
|   | Cardmember Service | 7100-000 | $67.00 | $0.00 | $0.00 | $0.00 |
|   | Chase Bank USA | 7100-000 | $9,205.00 | $0.00 | $0.00 | $0.00 |
|   | Chase Bank USA | 7100-000 | $4,574.00 | $0.00 | $0.00 | $0.00 |
|   | City of Chicago | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|   | Comcast | 7100-000 | $285.00 | $0.00 | $0.00 | $0.00 |
|   | Comed | 7100-000 | $1,189.45 | $0.00 | $0.00 | $0.00 |
|   | Consumer Portfolio Serv | 7100-000 | $19,826.00 | $0.00 | $0.00 | $0.00 |
|   | Credit Collection Services | 7100-000 | $59.64 | $0.00 | $0.00 | $0.00 |
|   | Fifth Third Bank | 7100-000 | $453.00 | $0.00 | $0.00 | $0.00 |
|   | First Premier Bank | 7100-000 | $450.00 | $0.00 | $0.00 | $0.00 |
|   | GMAC | 7100-000 | $215,000.00 | $0.00 | $0.00 | $0.00 |
|   | Green Tree Servicing | 7100-000 | $202,026.00 | $0.00 | $0.00 | $0.00 |
|   | J.B. Jenkins and Associates | 7100-000 | $115.00 | $0.00 | $0.00 | $0.00 |
|   | J.B. Jenkins and Associates | 7100-000 | $115.00 | $0.00 | $0.00 | $0.00 |
|   | J.B. Jenkins and Associates | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
|   | J.B. Jenkins and Associates | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
|   | J.B. Jenkins and Associates | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|   | J.B. Jenkins and Associates | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
|   | J.B. Jenkins and Associates | 7100-000 | $120.00 | $0.00 | $0.00 | $0.00 |
|   | J.B. Jenkins and Associates | 7100-000 | $105.00 | $0.00 | $0.00 | $0.00 |
|   | J.B. Jenkins and Associates | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
|   | J.B. Jenkins and Associates | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|   | J.B. Jenkins and Associates | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
|   | J.B. Jenkins and | 7100-000 | $120.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Associates | | | | |
| | J.B. Jenkins and Associates | 7100-000 | $105.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $45.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $45.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $465.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $465.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $145.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $115.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $365.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $45.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $105.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $105.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $465.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $145.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $120.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $115.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $105.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
| | J.B. Jenkins and Associates | 7100-000 | $365.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Creditor | Code | Amount | | | |
|---|---|---|---|---|---|
| J.B. Jenkins and Associates | 7100-000 | $465.00 | $0.00 | $0.00 | $0.00 |
| J.B. Jenkins and Associates | 7100-000 | $465.00 | $0.00 | $0.00 | $0.00 |
| J.B. Jenkins and Associates | 7100-000 | $145.00 | $0.00 | $0.00 | $0.00 |
| J.B. Jenkins and Associates | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
| J.B. Jenkins and Associates | 7100-000 | $105.00 | $0.00 | $0.00 | $0.00 |
| J.B. Jenkins and Associates | 7100-000 | $365.00 | $0.00 | $0.00 | $0.00 |
| J.B. Jenkins and Associates | 7100-000 | $365.00 | $0.00 | $0.00 | $0.00 |
| J.B. Jenkins and Associates | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
| J.B. Jenkins and Associates | 7100-000 | $465.00 | $0.00 | $0.00 | $0.00 |
| J.B. Jenkins and Associates | 7100-000 | $465.00 | $0.00 | $0.00 | $0.00 |
| J.B. Jenkins and Associates | 7100-000 | $145.00 | $0.00 | $0.00 | $0.00 |
| J.B. Jenkins and Associates | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
| J.B. Jenkins and Associates | 7100-000 | $465.00 | $0.00 | $0.00 | $0.00 |
| J.B. Jenkins and Associates | 7100-000 | $465.00 | $0.00 | $0.00 | $0.00 |
| JB Jenkins and Associates | 7100-000 | $115.00 | $0.00 | $0.00 | $0.00 |
| M3 Financial Services, Inc. | 7100-000 | $744.99 | $0.00 | $0.00 | $0.00 |
| Macys | 7100-000 | $229.00 | $0.00 | $0.00 | $0.00 |
| Metroplex | 7100-000 | $1,099.00 | $0.00 | $0.00 | $0.00 |
| Nationstar Mortgage | 7100-000 | $212,784.00 | $0.00 | $0.00 | $0.00 |
| Sierra Auto Finance, LLC | 7100-000 | $22,728.00 | $0.00 | $0.00 | $0.00 |
| SYNCB/Sams | 7100-000 | $306.00 | $0.00 | $0.00 | $0.00 |
| Union Plus Credit Card | 7100-000 | $9,009.14 | $0.00 | $0.00 | $0.00 |
| University of Chicago Medicine | 7100-000 | $16,193.00 | $0.00 | $0.00 | $0.00 |
| Barclays Bank Delaware | 7100-900 | $1,670.00 | $0.00 | $0.00 | $0.00 |
| Barclays Bank Delaware | 7100-900 | $1,670.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $954,399.53 | $13,708.88 | $13,708.88 | $3,057.38 |

**UST Form 101-7-TDR (10/1/2010)**

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-36757-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BROWN-CLARK, SHARON | Date Filed (f) or Converted (c): | 10/09/2014 (f) |
| For the Period Ending: | 3/31/2016 | §341(a) Meeting Date: | 11/25/2014 |
| | | Claims Bar Date: | 03/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  HOUSEHOLD GOODS AND FURNISHING | $1,700.00 | $0.00 | | $0.00 | FA |
| 2  WOMENS CLOTHING | $1,200.00 | $0.00 | | $0.00 | FA |
| 3  2006 LEXUS | $22,000.00 | $0.00 | | $0.00 | FA |
| 4  Unscheduled Tax Refund        (u) | $0.00 | $5,000.00 | | $5,282.26 | FA |
| 5  Possible PI Claim                 (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    Workers Comp | | | | | |

**TOTALS (Excluding unknown value)**               **Gross Value of Remaining Assets**

$24,900.00        $5,000.00                    $5,282.26            $0.00

**Major Activities affecting case closing:**

03/24/2016    Prepare TDR
06/30/2015    Pending tax refund
12/12/2014    Tax Intercept Completed

**Initial Projected Date Of Final Report (TFR):**    05/07/2016            /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**    08/18/2015            DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| Case No. | 14-36757-JPC | | Trustee Name: | David Leibowitz |
| Case Name: | BROWN-CLARK, SHARON | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9267 | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/9/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/18/2015 | (4) | United States Treasury | Unscheduled Tax Refund | 1224-000 | $5,282.26 | | $5,282.26 |
| 08/18/2015 | 3001 | SHARON BROWN-CLARK | Pro rata share of Tax Refund | 8100-002 | | $1,201.17 | $4,081.09 |
| 10/28/2015 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,020.27 | $3,060.82 |
| 10/28/2015 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.44 | $3,057.38 |
| 10/28/2015 | 3004 | Rjm Acquisitions Llc | Amount Claimed: 66.10; Distribution Dividend: 22.30; Claim #: 2; Dividend: 0.36; Amount Allowed: 66.10; Notes: (2-1) CLUB PURCHASES; | 7100-000 | | $14.74 | $3,042.64 |
| 10/28/2015 | 3005 | Cavalry Investments, LLC | Amount Claimed: 11,734.95; Distribution Dividend: 22.30; Claim #: 1; Dividend: 64.12; Amount Allowed: 11,734.95; Notes: (1-1) Cavalry Investments, LLC as assignee of HSBC CARD SERVICES, INC.; | 7100-900 | | $2,617.15 | $425.49 |
| 10/28/2015 | 3006 | Jefferson Capital Systems LLC | Amount Claimed: 1,907.83; Distribution Dividend: 22.30; Claim #: 3; Dividend: 10.42; Amount Allowed: 1,907.83; Notes: ; | 7100-900 | | $425.49 | $0.00 |
| | | | **TOTALS:** | | $5,282.26 | $5,282.26 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,282.26 | $5,282.26 | |
| | | | **Less: Payments to debtors** | | $0.00 | $1,201.17 | |
| | | | **Net** | | $5,282.26 | $4,081.09 | |

**For the period of 10/9/2014 to 3/31/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,282.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,282.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,081.09 |
| Total Non-Compensable Disbursements: | $1,201.17 |
| Total Comp/Non Comp Disbursements: | $5,282.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/17/2015 to 3/31/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,282.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,282.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,081.09 |
| Total Non-Compensable Disbursements: | $1,201.17 |
| Total Comp/Non Comp Disbursements: | $5,282.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2

Case 14-36757    Doc 39    Filed 04/08/16    Entered 04/08/16 09:37:03    Desc Main
Document      Page 10 of 10

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 14-36757-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BROWN-CLARK, SHARON | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9267 | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/9/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,282.26 | $5,282.26 | $0.00 |

**For the period of 10/9/2014 to 3/31/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,282.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,282.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,081.09 |
| Total Non-Compensable Disbursements: | $1,201.17 |
| Total Comp/Non Comp Disbursements: | $5,282.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/09/2014 to 3/31/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,282.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,282.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,081.09 |
| Total Non-Compensable Disbursements: | $1,201.17 |
| Total Comp/Non Comp Disbursements: | $5,282.26 |
| Total Internal/Transfer Disbursements: | $0.00 |